UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JACOB CLAYTON, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | )  2:24-cv-00233-NT |
| | ) |
| MAINE MEDIA COLLEGE, | ) |
| | ) |
| Defendant | ) |

**ORDER SETTING SETTLEMENT CONFERENCE**

It is hereby <u>ORDERED</u> that this matter be set for a settlement conference to be held before U.S. Magistrate Judge John C. Nivison.  The settlement conference will be held remotely via videoconference on Monday, February 3, 2025, commencing at 8:30 a.m.

It is <u>FURTHER</u> <u>ORDERED</u> that counsel appear with their clients and insurance representatives at such time and be fully authorized to accomplish settlement of the case and be prepared to engage in effective settlement negotiations.

The parties shall each submit to Judge Nivison, **on or before January 27, 2025,** an <u>in camera</u> statement, <u>no more than eight pages in length</u>, setting forth their respective settlement positions concerning all issues involved in the case, setting forth a detailed articulation of the rationale for such position.  The parties shall also submit as part of the <u>in camera</u> statement a realistic estimate of anticipated attorneys fees and costs in the event of trial to final judgment.  **The**

**statements are not to be provided to the opposing side and shall be sent via email to [MaineECFIntake@med.uscourts.gov](mailto:MaineECFIntake@med.uscourts.gov).**

>                                       /s/ John C. Nivison
>                                       U.S. Magistrate Judge

Dated this 19th day of December, 2024.